No. 12-14-00189-CR

| | | |
|---|---|---|
| TRACY RAY HASS | ) | IN THE COURT OF APPEALS |
| | ) | |
| VS. | ) | TWELFTH DISTRICT OF TEXAS |
| | ) | |
| STATE OF TEXAS | ) | TYLER, TEXAS |

TO THE HONORABLE JUSTICES OF SAID COURT:

Attached please find State's Exhibits 15, 16, and 17 that you have requested, according to your letter of April 23, 2015. These particular exhibits would not convert to any valid extension that is accepted by the Court of Appeals.

If you have any questions, please feel free to contact me.

Respectfully submitted,

/S/ Cindy Bardwell
Cindy Bardwell, CSR, RPR
Certification Number 5693
59th Judicial District Court
200 South Crockett
Sherman, Texas 75090
(903) 813-4314
bardwellc@co.grayson.tx.us

FILED IN COURT OF APPEALS
12th Court of Appeals District

APR 29 2015

TYLER TEXAS
CATHY S. LUSK, CLERK